UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

_____

In re:
**Alberta Trent**                               Bankruptcy Case No.: 16-80137

Soc. Sec. No. xxx-xx-7647


Mailing Address:  820 Glenco Rd
Durham, NC 27703
                                    Debtor
_____

**Alberta Trent**                               A.P. No.:16-09012
                     Plaintiff,

**Springleaf Financial Services of America, Inc.**

                     Defendant.
_____


NOTICE OF VOLUNTARY DISMISSAL OF AN ADVERSARY PROCEEDING


	A Complaint was filed on May 4th, 2016 and the Summons was served on Defendant on May 9th, 2016. No response has been filed with the court or served on the Plaintiff. Notice is given that the above-entitled contested matter( Ap # 16-09012) is volunatrily dismissed pursuant to FRBP 7041(a).

Dated:  May 16, 2016

					Respectfully submitted,

					/s/ Brent C. Wootton
					Brent C. Wootton, Attorney for Debtor
					Bar Number 34300
					3200 Croasdaile Drive, Suite 504
					Durham, NC 27705
					Tel.. 919-382-3065

CERTIFICATE OF SERVICE
16-09012

     THIS IS TO CERTIFY that a copy of the foregoing was duly served by the undersigned, a person over 18 years of age, upon the following by depositing same enclosed in a post paid, properly addressed envelope in a Post Office or official depository under the exclusive care and custody of the United States Postal Service or via electronic service through the ECF system:

SPRINGLEAF FINANCIAL SERVICES OF AMERICA, INC
Attn: OFFICER OR MANAGING AGENT
PO BOX 3251
EVANSVILLE, IN 47731–3251


SPRINGLEAF FINANCIAL SERVICES OF AMERICA, INC.
Attn: Officer or Managing agent
601 N.W. Second Street
Evansville, IN 47708


SPRINGLEAF FINANCIAL SERVICES OF AMERICA, INC.
Attn: Officer or Managing agent
150 Fayetteville St., Box 1011
Raleigh, NC 27601-2957



Mailed or via Electronic Service this the 16th day of May, 2016


/s/ Brent C Wootton
Brent C Wootton (NC Bar # 34300)
3200 Croasdaile Drive, Suite 504
Durham, NC 27705         Tel # 919 382-3065